# Exhibit A

# Exhibit A

Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.949.8200 (tel.)
702.949.8398 (fax)

*Attorneys for Plaintiff Bellagio, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BELLAGIO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Jonathan Fritz, an individual, Forrest Kolb, an individual, Jinyong Na, an individual, Lyne Renee, an individual, and April Hutchings, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01879<br><br>**COMPLAINT** |

For its Complaint against Defendants Jonathan Fritz, Forrest Kolb, Jinyong Na, Lyne Renee, and April Hutchings (collectively, "Defendants"), Plaintiff Bellagio, LLC ("Plaintiff" or "Bellagio") states the following:

## **NATURE OF THE ACTION**

1. This is an action, bought pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, seeking a declaratory judgment that Plaintiff has not infringed Defendants' right of publicity in certain graphics allegedly used by Bellagio without authorization.

///

-1-

6693453_1

## JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds the sum or value of $75,000.

3. This Court has specific personal jurisdiction over Defendants because Plaintiffs' cause of action arises from Defendants' activities within this judicial district and the exercise of specific personal jurisdiction over Defendants would otherwise be reasonable.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to Plaintiffs' cause of action occurred in this judicial district. Specifically, the photographs at issue were taken in Las Vegas, Nevada and the alleged violation of Defendants' right of publicity occurred in connection with advertising for a Las Vegas-based hotel and casino.

## PARTIES

5. Bellagio, LLC is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada. Bellagio, LLC has one member, Mirage Resorts, Incorporated, which is a domestic Nevada corporation. Bellagio, LLC owns and operates the world famous Bellagio Resort & Casino ("The Bellagio") in Las Vegas, Nevada.

6. Defendant Jonathan Fritz is believed to be an individual residing in and a citizen of California.

7. Defendant Forrest Kolb is believed to be an individual residing in and a citizen of California.

8. Defendant Jinyong Na is believed to be an individual residing in and a citizen of California.

9. Defendant Lyne Renee is believed to be an individual residing in and a citizen of London, England.

10. Defendant April Hutchings is believed to be an individual residing in and a citizen of California.

## GENERAL ALLEGATIONS

11. In 2009, Defendants were professional models, represented, on information and belief, by Wilhelmina Models.

12. On or around December 2009, Defendants traveled to Las Vegas, Nevada in connection with a photoshoot.

13. The purpose of the photoshoot was to create advertising graphics, ultimately intended to be used in advertising and/or informational materials for The Bellagio.

14. Upon information and belief, Defendants were compensated for the photoshoot.

15. Upon information and belief, Defendants executed releases and/or licenses for the use of their likeness on the graphics.

16. In or around July 22, 2015, Defendants claimed to have found images bearing their likeness appearing on Bellagio's website, Bellagio's informational materials, and other third party websites that Defendants claim exceeded the authorized licenses or releases they executed.

17. Defendants claimed Bellagio knew these uses were unauthorized and that Bellagio is potentially liable to Defendants for significant economic damages and emotional distress damages for the alleged unauthorized use.

18. Defendants also claimed Bellagio may have to account its profits to Defendants for the alleged unauthorized use.

19. Defendants also claimed Bellagio may be liable for punitive damages for the alleged unauthorized use.

20. Defendants finally claimed Bellagio may be liable for attorneys' fees for the alleged unauthorized use, which Defendants claim has currently has already exceeded $19,200.

21. After Bellagio received Defendants' demands, Bellagio removed the alleged infringing images from its website and informational materials, and Bellagio worked with third party websites to remove the graphics from the third party websites.

## Count I – Declaration of Non-Infringement

22. Plaintiff incorporates each of the foregoing allegations as if fully set forth herein.

-3-

6693453_1

23. Based on the aforementioned allegations, a real and justiciable case or controversy exists between Plaintiff and Defendants concerning whether Plaintiff has infringed Defendants' claimed right of publicity.

24. Such controversy is ripe for adjudication.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court enter judgment in Plaintiff's favor and against Defendants, and that the Court enter judgment:

A. Declaring that Plaintiff has not infringed Defendants' right of publicity;

B. Awarding Plaintiffs their costs and reasonable attorneys' fees; and

C. Awarding Plaintiffs such other and further relief as the Court deems just and equitable.

DATED: this 30th day of September, 2015.

LEWIS ROCA ROTHGERBER LLP

By: /s/ Michael J. McCue

Michael J. McCue
Jonathan W. Fountain
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

*Attorneys for Plaintiff*
*Bellagio, LLC*