1  Bassil A. Hamideh (SBN 261233)
2  THE HAMIDEH FIRM, P.C.
   1801 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone:   (310) 556-9687
4  Facsimile:   (310) 733-5699
   Email:        bhamideh@hamidehfirm.com
5
6  Attorneys for Plaintiffs,
   FORREST KOLB
7  JINYONG NA
   LYNE RENEE
8  JONATHAN FRITZ
   APRIL HUTCHINGS
9
10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12 FORREST KOLB;                    CASE NO. 2:15-cv-08512-SVW-JPR
13 JINYONG NA;
   LYNE RENEE;                      SECOND AMENDED COMPLAINT FOR:
14 JONATHAN FRITZ; and
   APRIL HUTCHINGS,                 1. COMMON LAW;
15                                     MISAPPROPRIATION OF LIKENESS;
          Plaintiffs,               2. VIOLATION OF CIVIL CODE §3344
16                                     (STATUTORY MISAPPROPRIATION
                                       OF LIKENESS); and
17            vs.                   3. RESTITUTION.

18 BELLAGIO LLC, a Nevada Limited   Honorable Judge Stephen V. Wilson
   Liability Company; MGM
19 RESORTS INTERNATIONAL, a
   Delaware Corporation and DOES 1-
20 50, inclusive
21
          Defendants.
22
23
24
25
26
27
28

1
SECOND AMENDED COMPLAINT

Plaintiffs Forrest Kolb ("Kolb"), Jonathan Fritz ("Fritz"), Jinyong Na ("Na"), Lyne Renee ("Renee"), and April Hutchings ("Hutchings") ("Plaintiffs") allege on information and belief as follows:

1.     Plaintiffs Kolb, Fritz, Na, and Hutchings are, and at all relevant times were, individuals who reside in the County of Los Angeles.

2.     Plaintiff Renee is an individual who resides in the County of New York, and at relevant times resided in the County of Los Angeles.

3.     Defendant Bellagio, LLC ("Bellagio"), on information and belief, is, and at all relevant times was, a Nevada Limited Liability company that continuously and systematically conducts substantial business throughout Los Angeles County and the State of California by advertising, marketing, offering for sale, and selling its goods and services to individuals and businesses who reside in Los Angeles County.

4.     Defendant MGM Resorts International ("MGM"), on information and belief, is, and at all relevant times was, a Delaware corporation that continuously and systematically conducts substantial business throughout Los Angeles County and the State of California by advertising, marketing, offering for sale, and selling its goods and services to individuals and businesses who reside in Los Angeles County.  On information and belief, MGM has a subsidiary in California that has an office in California specifically for marketing and operates under the name "MGM Resorts International."  Defendants Bellagio and MGM shall be referred to herein as "Defendants."

5.     Defendants Does 1 through 50 are sued herein by fictitious names for the reason that their true names are unknown to Plaintiffs.  Plaintiffs will seek leave to amend this complaint to allege the true names and capacities of these Defendants when the same have been ascertained.  Plaintiffs are informed and believe and based thereon allege that these fictitiously named Defendants are responsible in some manner for the actions and damages alleged herein.

6.     Plaintiffs are further informed and believe and based thereon allege that Defendants at all times herein alleged were the agents, employees, servants, joint venturers and/or co-conspirators of each of the other remaining Defendants, and that in doing the things herein alleged were acting in the course and scope of such agency, employment, joint venture and/or conspiracy.

7.     Plaintiffs are further informed and believe and based thereon allege that the acts and conduct herein alleged of each such Defendant were known to, authorized by, directed by, and/or ratified by the other Defendants, and each of them, and the officers, directors and/or managing agents of Defendants and that they acted in conspiracy with each other so all of said Defendants are jointly and severally liable to Plaintiffs hereunder.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

8.     Plaintiffs have been highly successful models and/or actors who are recognizable because of their appearances on advertising campaigns, television commercials, and high fashion runway shows.  Plaintiffs have been widely known as highly recognizable models and/or actors whose endorsements have significant commercial value.

9.     On information and belief, Defendant Bellagio owns and operates the Bellagio Resort & Casino in Las Vegas, Nevada.

10.     On information and belief, Defendant MGM is the ultimate parent of Defendant Bellagio.  On information and belief, Defendant MGM is a publicly traded company (NYSE: MGM) that operates a portfolio of resort brands, most notably in Las Vegas, Nevada.  On information and belief, the resorts operated by Defendant MGM include Aria, Bellagio, Beau Rivage, Circus Circus, Delano, Excalibur, Luxor, MGM Grand, Mandalay Bay, The Mirage, Monte Carlo, New York New York, and Vdara.

11.     On or about December 18, 2009, Plaintiffs entered into an agreement with Defendants wherein the Plaintiffs agreed to have photographs taken of them

on December 22, 2009 that allowed for use of Plaintiffs' images for commercial purposes by Bellagio, MGM, and their affiliates under specified conditions and for a certain period of time, which expired, on information and belief, on or about December 21, 2014.[1]

12.     Even though Plaintiffs do not have copies of the agreements/licenses at issue, Plaintiffs are informed and believe that the ultimate contracting parties and grantee of any rights are Defendants.  That is because at all times Plaintiffs were engaged for the photo shoot, it was understood by all persons involved that Defendants were the ones requesting the photographs of Plaintiffs for a new brand campaign for Defendants' resort hotels and casinos.  The photographs were not taken to be used for, nor were any rights ever granted for, the photographers' or any production or advertising companies' commercial exploitation.  And ultimately, it was Defendants who used the photographs with Plaintiffs' images, which would require Defendants to have the contractual rights or licenses from Plaintiffs themselves.

13.     More specifically, on information and belief, in or about 2009, Defendants sought to change the images they used to promote their world-famous resort hotels and casinos from un-polished, sometimes elderly images, to the images of vibrant professional models.  To further this goal and improve their brand image, Defendants hired an advertising company to create a new brand campaign for Defendants.

14.     On information and belief, Defendants (through "MGM MIRAGE ADVERTISING, INC. (on behalf of Bellagio Hotel and Casino)" and/or ("MGM MIRAGE Operations, Inc.") contracted with B&P Advertising.  Among the terms of that agreement,

---

[1]  The reference to December 21, *2015* in the initial Complaint was a typographical error.

a. B&P Advertising's services were to include: "(a) Formulating and submitting for MGM MIRAGE ADVERTISING, INC. approval advertising campaigns and recommendations. (b) After approval, in writing, by MGM MIRAGE ADVERTISING, INC., creating and preparing advertising for all consumer and trade print, broadcast and other media. (c) Purchasing all materials and services necessary for the production of finished advertisements and commercials. … Paying all charges incurred and assumed by B&P on behalf of MGM MIRAGE ADVERTISING, INC…."

b. "B&P will obtain MGM MIRAGE ADVERTISING, INC.'s authorization before making any commitments for media placement or any expenditure on MGM MIRAGE ADVERTISING, INC.'s behalf, in excess of $500.00, otherwise B&P is authorized to act on MGM MIRAGE ADVERTISING, INC.'s behalf as an agent for a disclosed principal."

c. "B&P shall be responsible for obtaining the necessary contracts and releases with or from all parties whose names, likenesses, testimonials, scripts or musical compositions are used in MGM MIRAGE ADVERTISING, INC. advertising, promotional, publicity or other materials prepared or produced by B&P or B&P subcontractors under this Agreement, except when such materials are provided for use by MGM MIRAGE ADVERTISING, INC."

d. "Supplier [B&P] agrees not to use any Subcontractors in the performance of any Services or delivery of any Deliverables that would require MM Ops or Supplier to secure the assignment of any material or substantial Intellectual Property Rights from such Subcontractor as it relates to any Deliverables or results of Service provided or to be delivered to MM Ops without MM Op's prior-

1        written consent."

2     e.  "All Services are subject to regular quality reviews and inspection by

3         MM Ops both during Supplier's performance of such Services and

4         after completion thereof ("Quality Assurance.")  MM Ops may

5         conduct such Quality Assurance inspections and reviews of the

6         Services at any time, with or without notice."

7     f.  "In connection with this Agreement, Supplier will comply with and

8         cause its Workers to comply with all of MM Ops' policies and

9         guidelines as delivered or made available by MM Ops to Supplier,

10        including each of the following without limitation MGM MIRAGE's

11        security policies (including its Information Technology, data and

12        network security policies) and MM Ops' standards of business

13        conduct."

14    g.  "Supplier agrees to provide branding, naming, web design, and general

15        advertising and marketing services which may include: familiarization

16        with MGM MIRAGE's products and services; concepts and strategies;

17        research and market analysis; budget recommendations, maintenance

18        and budget tracking; product and services publicity; theme

19        implementation; event planning; corporate presentations; video

20        production; planning and execution of events and programs; upon

21        consultation with MM Ops, negotiations with third parties on behalf of

22        MM Ops and in accordance with this Exhibit; and review and

23        evaluation of all invoices, including media; and account management,

24        coordination and supervision on an on-going capacity."

25    h.  "In addition to all of Supplier's obligations set forth in this Exhibit and

26        accompanying Statement(s) of Work, and without limiting Supplier's

27        compliance and indemnification obligations under the Agreement,

28        Suppler shall, in the performance of its obligations under this Exhibit,

1    perform and implement each of the following: … Submit to MM Ops
2    for approval, and obtain MM Ops' written approval of all materials
3    prepared under or concerning this Exhibit, prior to the publication,
4    broadcast or dissemination thereof.  No "approval" given by MM Ops
5    under this Exhibit shall be effective unless given in writing (including
6    via e-mail) or verbally by (i) an officer of MM Ops having the rank of
7    director or higher or a MGM MIRAGE employee designated by an
8    officer of such rank or (ii) the individual or individuals identified by
9    MM Ops in writing as having principal authority for managing the
10   relationship between MM Ops and Supplier.  All verbal approvals
11   must be confirmed by Supplier in writing (including email) within 24
12   hours of Supplier's receipt of such approval by MM Ops."

13   15.   B&P, on behalf of Defendants, and with Defendants' approval,
14   engaged photographer Tomas Muscionico, owner and operator of Tomas
15   Muscionico, Inc. ("Muscionico"), and Gayle Jones, owner and operator of Lift
16   Productions ("Jones"), to hire Plaintiffs through their modeling agency in Los
17   Angeles, California and to take photographs for Defendants' new advertising and
18   marketing campaign.  Ms. Jones describes herself as a "production coordinator"
19   who has "impeccable skills" in "coordinating models" and who "books talent" on
20   behalf of companies such as Defendants.

21   16.   According to April Chaparian, Director of Intellectual Property at
22   MGM, "Bellagio contracted with a photography company, Tomas Muscionico, Inc.,
23   to take photos [of Plaintiffs] to be used in the promotion of the Bellagio hotel and
24   casino."  On information and belief, Tomas Muscionico and Tomas Muscionico,
25   Inc. are, and at all relevant times have been, based in Los Angeles, California.

26   17.   Wilhelmina Models, a Los Angeles modeling agency, provided
27   Plaintiffs for Defendants' photo shoot.  The agreements/licenses at issue in this case
28   between Plaintiffs and Defendants were negotiated by Plaintiffs' agency in Los

1  Angeles, California, and all of Plaintiffs' contacts and negotiations regarding the

2  agreement at issue in this case occurred with Plaintiff's modeling agency in Los

3  Angeles, California.

4      18.    In December 2009, Plaintiffs flew from Los Angeles to Las Vegas for

5  Defendant's advertising campaign photo shoot, which took place at the Bellagio

6  hotel and casino.  On the day of the shoot, Defendants' representatives closed a

7  section of the Bellagio hotel and casino to the public so that Plaintiffs could be

8  photographed for Defendants' photo shoot.  The photo shoot lasted for one day, and

9  Defendants provided Plaintiffs with hotel rooms at the MGM Grand hotel and then

10 Plaintiffs returned to Los Angeles the following day.

11     19.    According to Defendants, Mr. Muscionico and Tomas Muscionico,

12 Inc. engaged Ms. Jones, to coordinate the flight and travel arrangements for the

13 photo shoot.  On information and belief, Ms. Jones, on behalf of Defendants,

14 communicated with Plaintiffs' agent in Los Angeles to coordinate Plaintiffs' flight

15 and travel arrangements to and from Los Angeles to Las Vegas as well as the

16 logistical arrangements for the photo shoot, including negotiating the terms of

17 Defendants' rights to use Plaintiffs' images in Defendants' advertising and

18 marketing materials.  In those communications, and at all other times, the photo

19 shoot was referred to as the "Bellagio Lifestyle Shoot."  Plaintiffs' agent forwarded

20 Ms. Jones' communications to Plaintiffs and aided Plaintiffs in preparing for the

21 photo shoot.  Plaintiffs were also instructed to keep taxicab receipts for which they

22 would be reimbursed, in addition to a $100 food expense.

23     20.    Defendants directly or indirectly paid Plaintiffs their license fees for

24 the shoot, paid a twenty-percent commission fee to Plaintiffs' Los Angeles

25 modeling agency, paid Plaintiffs' airfare to and from Los Angeles to Las Vegas,

26 paid Plaintiffs' lodging, transportation, and other expenses.  On information and

27 belief, Defendants either paid Plaintiffs' agency for initial licensing rights to use

28 Plaintiff's images for their advertising and marketing materials as well as expenses,

1    or Defendants approved these same payments to Plaintiffs by B&P Advertising,

2    Mr. Muscionico and/or Tomas Muscionico, Inc., or Ms. Jones.

3        21.    At all times, Plaintiff were led to believe that Mr. Muscionico and Ms.

4    Jones were, in-fact, employed by Defendants as their agents.  At all times, Plaintiffs

5    reasonably believed that Defendants had commissioned the photo shoot to obtain

6    photographs with Plaintiffs' images for use in advertising and promoting

7    Defendants' resort hotels and casinos.  Such beliefs were based on, among other

8    things, the fact that the photo shoot was always referred to as the "Bellagio" photo

9    shoot, Defendants directly or indirectly paid for Plaintiffs' airline flight to and from

10   Los Angeles to Las Vegas, the photo shoot took place at the Bellagio hotel and

11   casino that Defendants' representatives closed to the public, Plaintiffs were

12   provided with lodging at another property owned by Defendants (the MGM Grand),

13   Plaintiffs and Plaintiffs' modeling agency were paid directly or indirectly from

14   Defendants, and Plaintiffs only ever granted Defendants the right to use Plaintiffs'

15   images for Defendants' advertising and marketing materials for a limited period of

16   time and never granted any rights to B&P Advertising, Mr. Muscionico and/or

17   Tomas Muscionico, Inc., or Ms. Jones.

18       22.    Defendants then used Plaintiffs' images for Defendants' commercial

19   purposes.  Defendants were the ones who ultimately chose, and had final control

20   and decision making authority over, edited, and approved what images of Plaintiffs

21   to use, or to use Plaintiffs' images at all.  On information and belief, Defendants

22   paid B&P Advertising, Mr. Muscionico and/or Tomas Muscionico, Inc., and Ms.

23   Jones for their fees associated with the photo shoot.  Therein, Defendants ratified

24   the acts of B&P Advertising, Mr. Muscionico/Tomas Muscionico, Inc., and Ms.

25   Jones.

26       23.    After the expiration of any lawful right to use Plaintiffs' images for

27   Defendants' commercial purposes, Defendants decided to re-new and continue the

28   commercial use of all Plaintiffs' images.

24.     More specifically, on information and belief, at least by April 2015 Defendants knew that their right to use Plaintiffs' images had expired.  On information and belief, Defendants obtained further license rights to the photographs from Mr. Muscionico and Tomas Muscionico, Inc. for the photographer's fees only.  Defendants, via B&P Advertising, entered into a re-license agreement with Mr. Muscionico and Tomas Muscionico, Inc., dated April 6, 2015.  The April 6, 2015 re-license was for "an additional One Year usage" of five photographs and specified it was for "Photographers – fees ONLY!"  The April 6, 2015 re-license fee for Mr. Muscionico and Tomas Muscionico, Inc. exceeded $500.  The April 6, 2015 re-license agreement states the address of Mr. Muscionico and Tomas Muscionico, Inc. in Los Angeles.  On information and belief, Defendants and/or B&P Advertising engaged Mr. Muscionico and/or Ms. Jones to obtain additional license rights for Defendants from Plaintiffs for Defendants' continued use of Plaintiffs' images.  Thereafter, Mr. Muscionico and/or Ms. Jones, on behalf of Defendants, contacted the Wilhelmina modeling agency in Los Angeles to attempt to re-negotiate additional usage terms for the use of Plaintiffs' images for a one-year period.  In or about February 2015, Mr. Muscionico, on behalf of Defendants, met with Plaintiff Jonathan Fritz in-person in Los Angeles, California and informed Plaintiff Fritz that Mr. Muscionico and/or Ms. Jones were at that time attempting to negotiate with Wilhelmina modeling agency in Los Angeles, on behalf of Defendants, for additional rights to use all of Plaintiffs' likenesses in Defendants advertising and marketing campaign, but that the representative at Wilhelmina modeling agency was demanding that Defendants pay significant license fees for any continued use of Plaintiffs' images.  Mr. Muscionico, on behalf of Defendants,  told Plaintiff Fritz "it would cost too much money," and Defendants consequently never obtained the rights to the re-newed and continuing commercial use of Plaintiffs' images.

25.     After the expiration of any lawful right to use Plaintiffs' images for its

1    commercial purposes, Defendants made a conscious, deliberate decision to
2    disregard Plaintiffs' rights and the law and proceeded with Defendants' decision to
3    continue and re-new the use of all Plaintiffs' images for Defendants' commercial
4    purposes in blatant disregard of Plaintiffs' rights to control Plaintiffs' images.

5        26.    Defendants used and re-used, published and re-published Plaintiffs'
6    images beyond the term of the agreement without Plaintiffs' consent for purposes
7    of advertising Defendants' and other third party companies.

8        27.    Additionally, MGM used and re-used, published and re-published
9    Plaintiffs' images beyond the term of the agreement without Plaintiffs' consent for
10   purposes of advertising MGM's portfolio of resort brands and other third party
11   companies.

12       28.    Defendants extensively used, and continue to extensively use,
13   Plaintiffs' images and photographs without Plaintiffs' consent, for advertising
14   purposes beyond the term of the agreement.

15       29.    On information and belief, such uses of Plaintiffs' images and
16   photographs include, but are not limited to, prominent uses on many pages
17   throughout Bellagio's and MGM's websites, Bellagio's printed brochures,
18   pamphlets, online downloadable brochures, Bellagio's Facebook page, uses on
19   Bellagio and MGM pages of third-party websites, including without limitation Trip
20   Advisor and Orbitz, and numerous other forms of advertising media.  In each
21   instance where the unauthorized uses occurred, Defendants made a conscious,
22   deliberate choice to continue, renew, and/or expand the uses of Plaintiffs' images,
23   likenesses, and/or personas.

24       30.    Defendants used Plaintiffs' images on interactive websites, which
25   Defendants control, to target California in order to conduct substantial business
26   with California residents.  Specifically, Defendants used Plaintiffs Kolb, Renee, and
27   Na's images after any lawful right to do so on advertising and marketing materials
28   for the purposes of conveying a sophisticated and attractive hotel experience at

1  Defendants' hotels and casinos and providing California residents with the ability

2  to book and pay for hotel stays at Defendants' hotels and casinos, as well as the

3  ability to purchase airline flights from Los Angeles to Las Vegas for the purpose of

4  staying at and spending money at Defendants' hotels and casinos.  Defendants

5  unlawfully used Plaintiffs' images for these purposes on at least the following

6  interactive websites directly targeting California, specifically Los Angeles,

7  http://luxor.mgmresortsvacations.com/customer_service.aspx,

8  http://aria.mgmresortsvacations.com/customer_service.aspx,

9  http://bellagio.mgmresortsvacations.com/customer_service.aspx,

10 http://delano.mgmresortsvacations.com/customer_service.aspx,

11 http://circuscircus.mgmresortsvacations.com/customer_service.aspx,

12 http://vdara.mgmresortsvacations.com/customer_service.aspx,

13 http://circusreno.mgmresortsvacations.com/customer_service.aspx,

14 http://mgmresortsvacations.com/customer_service.aspx,

15 http://excalibur.mgmresortsvacations.com/customer_service.aspx,

16 http://montecarlo.mgmresortsvacations.com/customer_service.aspx,

17 http://signature.mgmresortsvacations.com/customer_service.aspx,

18 http://mirage.mgmresortsvacations.com/customer_service.aspx

19      ***See Exhibit A, attached hereto.***

20      31.    On information and belief, on or about October 9, 2015, Defendants

21 removed Plaintiffs' images from their interactive websites listed above only after

22 repeated demands from Plaintiffs' attorneys, which demands began on July 22,

23 2015.  On July 22, 2015, Plaintiffs' counsel sent a settlement communication letter

24 to Defendants.  Thereafter, counsel for the parties agreed to participate in mediation

25 and a mediation was scheduled for October 7, 2015.  On September 30, 2015,

26 Defendants' counsel informed Plaintiffs' counsel, and the mediator, that Defendants

27 would not participate in the mediation and that Defendants had filed a declaratory

28 relief action in Nevada, which the Honorable Stephen V. Wilson ruled was an

1   anticipatory lawsuit pursuant to a Court order dated January, 21, 2016 in this case.

2   **FIRST CAUSE OF ACTION**

3   **COMMON LAW MISAPPROPRIATION OF LIKENESS**

4   **(Against Defendants and Does 1-50)**

5   　　32.　　All previous allegations are realleged and incorporated herein by

6   reference.

7   　　33.　　Defendants used Plaintiffs' likenesses without Plaintiffs' permission in

8   order to promote Defendants and third party businesses.

9   　　34.　　Defendants' use of Plaintiffs' likenesses was without any of Plaintiffs'

10  consent or authorization.

11  　　35.　　Defendants' knowing use of Plaintiffs' likenesses to promote

12  Defendants and associated third parties was to Defendants' commercial or other

13  benefit.

14  　　36.　　As a proximate result of the foregoing, Plaintiffs have suffered actual

15  damages, including emotional distress damages, in an amount according to proof at

16  trial but in any event in excess of the jurisdictional threshold of the Superior Court.

17  In addition, Defendants have been unjustly enriched by the use of Plaintiffs'

18  likenesses.  Therefore, Plaintiffs seek disgorgement of profits and/or that a

19  constructive trust be imposed on the monies obtained by Defendants from the

20  unauthorized use.

21  　　37.　　Defendants' conduct as described herein was done with a conscious

22  disregard of the rights of Plaintiffs, with the intent to vex, annoy, and/or harass

23  Plaintiffs and to unjustly profit from Plaintiffs' likenesses.  Such conduct was

24  unauthorized and constitutes oppression, fraud, and/or malice under California Civil

25  Code §3294, entitling Plaintiffs to an award of punitive damages in an amount

26  appropriate to punish or set an example of the Defendants in an amount to be

27  determined at trial.

28  　　38.　　The harm these wrongful acts will cause to Plaintiffs is both great and

irreparable, and the amount of damage already sustained by Plaintiffs will be difficult to further sustain if these acts continue.  The conduct described above is ongoing, and injunctive relief is necessary to prevent and restrain further use of Plaintiffs' likenesses by Defendants.  Plaintiffs request that the court enter an injunction to prohibit Defendants from using Plaintiffs' likenesses in connection with Defendants in all media.

**SECOND CAUSE OF ACTION**

**VIOLATION OF CAL. CIVIL CODE §3344**

**(Against Defendants and Does 1-50)**

39.    All previous allegations are realleged and incorporated herein by reference.

40.    Defendants knowingly used Plaintiffs' likenesses without permission for purposes of advertising and solicitation of Defendants and third party businesses.

41.    Defendants' use of Plaintiffs' likenesses was without Plaintiffs' consent or authorization.

42.    Defendants' use of Plaintiffs' likenesses was to Defendants' commercial or other benefit.

43.    As a proximate result of the foregoing, Plaintiffs have suffered actual damages, including emotional distress damages, in an amount according to proof at trial but in any event in excess of the jurisdictional threshold of the Superior Court. In addition, Defendants have been unjustly enriched by the use of Plaintiffs' likenesses.  Therefore, Plaintiffs seeks disgorgement of profits and/or that a constructive trust be imposed on the monies obtained by Defendants from the unauthorized use.

44.    Defendants' conduct as described herein was done with a conscious disregard of the rights of Plaintiffs, with the intent to vex, annoy, and/or harass Plaintiffs and to unjustly profit from Plaintiffs' likenesses.  Such conduct was

unauthorized and constitutes oppression, fraud, and/or malice under California Civil Code §3294, entitling Plaintiffs to an award of punitive damages in an amount appropriate to punish or set an example of the Defendants in an amount to be determined at trial.

45.     The harm these wrongful acts will cause to Plaintiffs is both great and irreparable, and the amount of damage already sustained by Plaintiffs will be difficult to further sustain if these acts continue.  The conduct described above is ongoing, and injunctive relief is necessary to prevent and restrain further use of Plaintiffs' likenesses by Defendants.  Plaintiffs request that the court enter an injunction to prohibit Defendants from using Plaintiffs' likenesses in connection with Defendants in all media.

46.     Plaintiffs also seek an award of attorneys' fees and costs per Civil Code §3344(a).

## THIRD CAUSE OF ACTION

### RESTITUTION

#### (Against Defendants and Does 1-50)

47.     All previous allegations are realleged and incorporated herein by reference.

48.     Defendants have made unpermitted uses of Plaintiffs' likenesses beyond the legal right to do so in order to exploit Defendants' products and services.  Defendants have unjustly retained the benefit of the commercial exploitation of Plaintiffs' images at Plaintiffs' expense.

49.     Defendants used Plaintiffs' likenesses to Defendants' commercial benefit, all for the purpose of making profits for Defendants.

50.     Defendants have been unjustly enriched by the use of Plaintiffs' likenesses.  Therefore, Plaintiffs seek restitution for the benefit derived from Defendants' use in an amount that is in excess of the jurisdictional threshold of the Superior Court.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiffs pray for judgment against the Defendants, and each of them, as follows:

On the First Cause of Action:

    1.    For actual damages

    2.    For punitive damages

    3.    For injunctive relief

On the Second Cause of Action:

    1.    For actual damages

    2.    For punitive damages

    3.    For statutory damages

    5.    For attorneys' fees and costs

    6.    For disgorgement of profits from the unauthorized use

    7.    For injunctive relief

On the Third Cause of Action:

    1.    For restitution

On all Causes of Action:

    1.    For pre-judgment interest

    2.    For costs of suit

    3.    For such other, further, and different legal and equitable relief as the Court deems proper under the circumstances.

DATED: February 26, 2016        **THE HAMIDEH FIRM, P.C.**

                    By   /s/ Bassil Hamideh

                            Bassil A. Hamideh
                            Attorneys for Plaintiff
                            Forrest Kolb;
                            Jonathan Fritz;
                            Jinyong Na;
                            Lyne Renee; and
                            April Hutchings

# **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demands a trial by jury.

DATED: February 26, 2016          **THE HAMIDEH FIRM, P.C.**

                                By  /s/ Bassil Hamideh
                                     Bassil A. Hamideh
                                     Attorneys for Plaintiff
                                     Forrest Kolb;
                                     Jonathan Fritz;
                                     Jinyong Na;
                                     Lyne Renee; and
                                     April Hutchings

SECOND AMENDED COMPLAINT

# EXHIBIT A



Sign In or Join Now   Origin Select

## HOTEL    DINING    POOLS & SPA    NIGHTLIFE    CASINO    SHOPPING    M life



## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

Email: customerservice@mgmresortsvacations.com
Phone: 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

- Login to My Account

**Air Ticket Exchanges**
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is subject to the Terms and Conditions you agreed to at time of booking, as well as airline reticketing fees and any difference in fare price.

### Save More When You Book Flight & Hotel Together

○ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)
Los Angeles (LAX)

Southwest Airlines flies from this origin
☑ Southwest  **Book with Southwest Vacations** (new window opens)
**Earn Rapid Rewards Points at this Hotel**

Going to: (view list)
Las Vegas (LAS)

Adults          Children
2 ▼             0 ▼

Booking an Infant?   ?

Departing:              Returning:
12/4/2015               12/7/2015

Promo code
                        ?
Advanced Search

Search



beaurivage.mgmresortsvacations.com/customer_service.aspx

Sign In or Join Now

Hotel Reservations • Hotel • Entertainment • Amenities • Casino • Restaurants • Meetings



# Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

• Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

• Login to My Account

## Save More When You Book Flight & Hotel Together

○ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)
Los Angeles (LAX)

Going to: (view list)
Gulfport (GPT)

Adults     Children
2           0

Booking an Infant?

Departing:              Returning:
12/4/2015              12/7/2015

Promo code

Advanced Search

Search

  MGM Resorts Holidays - ⌂

bellagio.mgmresortsvacations.co.uk/customer_service.aspx



Sign In or Join Now | Origin Select 

MAKE A RESERVATION    EXPLORE BELLAGIO    HOTEL PROMOTIONS    MEETINGS    CONCIERGE



# Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or postal mail.

## MGM Resorts Holidays Internet Help Desk and Reservation Assistance:

For questions about researching your holiday, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.co.uk

**Telephone:** 0844 573 5902

**MGM Resorts Holidays Internet Help Desk Hours**

Monday - Friday: 9:00 AM - 6:00 PM
Saturday: 9:00 AM - 5:00 PM
Sunday: Closed

**Inquire About an Existing Reservation:**

To view your purchased holiday itinerary, check billing status, or to modify a reservation, please login to the account you created at the time of booking using the email address and password you created when you made your reservation:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**

### Save More When You Book Flight & Hotel Together

● Flight & Hotel

**Leaving from:** (view list)

Inverness (INV)

**Going to:** (view list)

Las Vegas (LAS)

Adults    Children

2 ▼    0 ▼

Booking an Infant? 

Departing:    Returning:

19/02/2016    25/02/2016

Promo code



Advanced Search

Search



Sign In or Join Now

Origin Select 

| HOTEL | CASINO | ENTERTAINMENT | AMENITIES | DINING | WEDDINGS | MEETINGS | ADVENTUREDOME | PROMOTIONS |



# Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

## Save More When You Book Flight & Hotel Together

○ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin

☑  **Book with Southwest Vacations** (new window opens)

**Earn Rapid Rewards Points at this Hotel**

Going to: (view list)

Las Vegas (LAS)

Adults    Children

2 ▼        0 ▼

Booking an Infant? 

Departing:              Returning:

12/4/2015              12/7/2015









<DELANO>

Sign In or Join Now   Origin Select



# Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

- Login to My Account

**Air Ticket Exchanges**
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is subject to the Terms and Conditions you agreed to at time of booking, as well as airline reticketing fees and any difference in fare price.

To exchange cancelled tickets for new travel, please have your original reservation information ready and call our Customer Service

---

**Save More When You Book Flight & Hotel Together**

◉ Hotel + Flight Package
◯ Shows, Transportation and More

Leaving from: (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin

☑ Southwest **Book with Southwest Vacations** (new window opens)
**Earn Rapid Rewards Points at this Hotel**

Going to: (view list)

Las Vegas (LAS)

Adults       Children
2  ▼         0  ▼

Booking an Infant?  ?

Departing:        Returning:
12/4/2015         12/7/2015

Promo code
                     ?

Advanced Search

**Search**

**Email Specials Sign Up**




excalibur.mgmresortsvacations.com/customer_service.aspx



Sign In or Join Now    Origin Select

HOTEL    CASINO    ENTERTAINMENT    RESTAURANTS    ATTRACTIONS    SPA    WEDDINGS    MEETINGS



## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

## Inquire About an Existing Reservation:

To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

● Login to My Account

## Cancelled Travel - Air Ticket Exchanges:

Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

● Login to My Account

## Air Ticket Exchanges

You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is

### Save More When You Book Flight & Hotel Together

○ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)
Los Angeles (LAX)

Southwest Airlines flies from this origin

☑ Southwest Book with Southwest Vacations (new window opens)

Earn Rapid Rewards Points at this Hotel

Going to: (view list)
Las Vegas (LAS)

Adults    Children
2 ▼    0 ▼

Booking an Infant? ❓

Departing:    Returning:
12/4/2015 📅    12/7/2015 📅

Promo code
[            ] ❓

Advanced Search

Search



GET SOCIAL

Sign In or Join Now | Origin Select 

SPECIAL OFFERS    HOTEL    ENTERTAINMENT    RESTAURANTS    NIGHTLIFE    WEDDINGS    AMENITIES    CASINO    MEETINGS

## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

- Login to My Account



### Save More When You Book Flight & Hotel Together

○ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin

☑ **Book with Southwest Vacations** (new window opens)
**Earn Rapid Rewards Points at this Hotel**

Going to: (view list)

Las Vegas (LAS)

Adults    Children
2 ▼       0 ▼

Booking an Infant?   ?

Departing:              Returning:
12/4/2015               12/7/2015

Promo code

_____    ?

Advanced Search

SEARCH

MGM Resorts Vacations - ×

mandalaybay.mgmresortsvacations.com/customer_service.aspx

Take Image Tour



Sign In or Join Now   Origin Select

DELANO
LAS VEGAS

MANDALAY BAY

| ROOMS & SUITES | DINING | BEACH | LIVE EVENTS & NIGHTLIFE | SHARK REEF | FEATURES & SHOPPING | CASINO | MEETINGS & CONVENTIONS |



## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

• Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

• Login to My Account

**Air Ticket Exchanges**
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is subject to the Terms and Conditions you agreed to at time of booking, as well as airline reticketing fees and any difference in fare price.

To exchange cancelled tickets for new travel, please have your original reservation information ready and call our Customer Service

### Save More When You Book Flight & Hotel Together

◉ Hotel + Flight Package
◯ Shows, Transportation and More

Leaving from: (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin

☑ Southwest  Book with Southwest Vacations (new window opens)

Earn Rapid Rewards Points at this Hotel

Going to: (view list)

Las Vegas (LAS)

Adults        Children
2 ▾          0 ▾

Booking an Infant?  ❓

Departing:            Returning:
12/4/2015  📅       12/7/2015  📅

Promo code
                    ❓

Advanced Search

Search

### Email Specials Sign Up

 

www.mgmresortsvacations.com/customer_service.aspx

 **MGM RESORTS VACATIONS**

Welcome! Already a member?
**Sign In** or **Join Now**

Origin Select 

| Resorts | Deals | Customer Service | Retrieve |
|---|---|---|---|
| To fit your vacation style | Click to book offers | Complete vacation care | View existing reservations |



## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

### MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking.

• Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

• Login to My Account

Air Ticket Exchanges
...tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new...

**Save More When You Book Flight & Hotel Together**

○ Hotel + Flight Package
○ Hotel Only
○ Shows, Transportation and More

Leaving from: (view list)
Los Angeles (LAX)

Southwest Airlines flies from this origin
☑ Southwest **Book with Southwest Vacations** (new window opens)
Earn Rapid Rewards Points at this Hotel

Going to: (view list)
Las Vegas (LAS)

Adults  Children
2       0

Booking an Infant? 

Departing:       Returning:
12/4/2015        12/7/2015

Promo code


Advanced Search

https://res.mgmresortsvacations.com/account/retrievelogin.aspx?ctl=a



| MLIFE | SKYLOFTS | THE SIGNATURE | | | GUEST SERVICES |  |

 HOTEL      ENTERTAINMENT      RESTAURANTS      NIGHTLIFE      AMENITIES      CASINO      MEETINGS/GROUPS      OFFERS



## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

- Login to My Account

**Air Ticket Exchanges**
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying

### Save More When You Book
### Flight & Hotel Together

○ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin
☑ Southwest Vacations **Book with Southwest Vacations** (new window opens)
**Earn Rapid Rewards Points at this Hotel**

Going to: (view list)

Las Vegas (LAS)

Adults     Children
2 ▼        0 ▼

Booking an Infant?

Departing:          Returning:
12/4/2015           12/7/2015

Promo code

Sign In or Join Now   Origin Select 

Mirage
LAS VEGAS

| BOOK ▦ | EXPLORE ▦ | SHOWS ▦ |



## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

### MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

### Inquire About an Existing Reservation:
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

### Cancelled Travel - Air Ticket Exchanges:
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

- Login to My Account

### Air Ticket Exchanges
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is subject to the Terms and Conditions you agreed to at time of booking, as well as airline reticketing fees and any difference in fare price.

To exchange cancelled tickets for new travel, please have your original reservation information ready and call our Customer Service Center for assistance:

### Save More When You Book Flight & Hotel Together

◉ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)
Los Angeles (LAX)
Southwest Airlines flies from this origin
☑ Southwest Vacations **Book with Southwest Vacations** (new window opens)
Earn Rapid Rewards Points at this Hotel

Going to: (view list)
Las Vegas (LAS)

Adults    Children
2 ▾       0 ▾

Booking an Infant? ❓

Departing:          Returning:
12/4/2015 📅       12/7/2015 📅

Promo code
[              ]    ❓

Advanced Search

[ Search ]

### Email Specials Sign Up

Sign up to receive e-mails filled with hot



Sign In or Join Now

Origin Select  

ROOMS   RESTAURANTS/LOUNGES   ENTERTAINMENT   CASINO   SPA/SALON   SHOPPING   POOL/AMENITIES   MEETINGS



# Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

## Save More When You Book Flight & Hotel Together

◉ Hotel + Flight Package
◯ Shows, Transportation and More

**Leaving from:** (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin

☑  **Book with Southwest Vacations** (new window opens)

**Earn Rapid Rewards Points at this Hotel**

**Going to:** (view list)

Las Vegas (LAS)

Adults          Children
2        ▾     0        ▾

Booking an Infant?  

**Departing:**              **Returning:**
12/4/2015   📅      12/7/2015   📅





BE A PART OF IT
NEW YORK NEW YORK
LAS VEGAS HOTEL & CASINO

Sign In or Join Now    Origin Select

PROMOTIONS | HOTEL | ENTERTAINMENT | RESTAURANTS | SPA | ATTRACTIONS | CASINO | MEETINGS | EXPERIENCE NYNY



## Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

### MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

- Login to My Account

**Air Ticket Exchanges**
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is subject to the Terms and Conditions you agreed to at time of booking, as well as airline reticketing fees and any difference in fare price.

---

### Save More When You Book Flight & Hotel Together

◉ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin

☑ Southwest® **Book with Southwest Vacations** (new window opens)
**Earn Rapid Rewards Points at this Hotel**

Going to: (view list)

Las Vegas (LAS)

Adults        Children
2  ▼         0  ▼

Booking an Infant?   ❓

Departing:              Returning:
12/4/2015  📅          12/7/2015  📅

Promo code

[                    ]   ❓

Advanced Search

Search ▶




Customer Service - Signat...

signature.mgmresortsvacations.com/customer_service.aspx



THE
S I G N A T U R E
AT MGM GRAND

Sign In or Join Now

Origin Select 

| EXCLUSIVE OFFERS | SUITES | RESTAURANTS | AMENITIES | MEETINGS & EVENTS | LOCATION |



# Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking:

- Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at time of booking. Please click on the link below:

### Save More When You Book Flight & Hotel Together

○ Hotel + Flight Package
○ Shows, Transportation and More

Leaving from: (view list)

Los Angeles (LAX)

Southwest Airlines flies from this origin

☑ **Southwest** **Book with Southwest Vacations** (new window opens)

Earn Rapid Rewards Points at this Hotel

Going to: (view list)

Las Vegas (LAS)

Adults    Children
2          0

Booking an Infant? 

Departing:        Returning:
12/4/2015         12/7/2015







Sign In or Join Now    Origin Select

| About | Suites | Amenities | Meetings |



# Customer Service

Nothing is more important to us than your satisfaction. If you need to get in touch with us, there are several ways for you to communicate your experiences and your feedback. You can reach us via e-mail, telephone, or U.S. Mail.

## MGM Resorts Vacations Reservation Assistance:

For questions about researching your vacation, how to use our web site, or for assistance booking your reservation, you are welcome to contact our Customer Support Center by e-mail or phone. E-mails will be responded to within 48 hours.

**Email:** customerservice@mgmresortsvacations.com
**Phone:** 1-800-360-7111
**MGM Resorts Vacations Customer Support Hours:**
Monday-Friday: 8:00am - 9:00pm Central
Saturday and Sunday: 10:00am - 6:00pm Central

**Inquire About an Existing Reservation:**
To view your purchased vacation itinerary, check billing status, modify, or cancel a reservation, please login to your account using the email address and password provided at time of booking.

• Login to My Account

**Cancelled Travel - Air Ticket Exchanges:**
Vacation cancellations can be made by logging in to your account and following the cancellation instructions within. Please use the email address and password you entered at the time of booking. You will be subject to the cancellation penalties as outlined in the Terms and Conditions you agreed to at the time of booking. Please click on the link below:

• Login to My Account

**Air Ticket Exchanges**
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is subject to the Terms and Conditions you agreed to at time of booking, as well as airline reticketing fees and any difference in fare price.

### Save More When You Book Flight & Hotel Together

◉ Hotel + Flight Package
◯ Shows, Transportation and More

Leaving from: (view list)
Los Angeles (LAX)

☑ Southwest Airlines flies from this origin
Book with Southwest Vacations (new window opens)
Earn Rapid Rewards Points at this Hotel

Going to: (view list)
Las Vegas (LAS)

Adults    Children
2 ▾       0 ▾

Booking an Infant? ⦿

Departing:          Returning:
12/4/2015          12/7/2015

Promo code
                    ⦿

Advanced Search

**Search**

**Air Ticket Exchanges**
You may be eligible to exchange your airline tickets on cancelled reservations for future travel with MGM Resorts Vacations if the new travel is within one year of your original booking date and you will be flying on the same air carrier. Exchanges and future ticket use is subject to the Terms and Conditions you agreed to at time of booking, as well as airline reticketing fees and any difference in fare price.

To exchange cancelled tickets for new travel, please have your original reservation information ready and call our Customer Service Center for assistance:

**Phone:** 1-800-360-7111

## During Travel Customer Service

Sometimes it is necessary to have customer support while you are on vacation. MGM Resorts Vacations offers a **toll-free 24-hour phone line** just for this reason:

**24-hour During Travel Assistance: 1-800-360-7111, Select Option 1 after hours**

## Concierge Assistance at Your Hotel

Our expert concierge staff is available at your hotel to assist with dinner reservations, booking show tickets, spa and salon appointments, excursions and a variety of activity suggestions. We are at your service!

- ARIA Resort & Casino Concierge
- Bellagio Concierge
- Vdara Concierge
- MGM Grand Concierge
- The Signature at MGM Grand Concierge
- The Mirage Concierge
- Mandalay Bay Concierge
- Delano Las Vegas at Mandalay Bay Concierge
- New York-New York Concierge
- Monte Carlo Concierge
- Luxor Concierge
- Excalibur Concierge
- Circus Circus Las Vegas Concierge

## After Travel Concerns

MGM Resorts Vacations makes it convenient for you to share your customer service issues. Please submit your concerns via e-mail or postal mail to the following addresses:

aftertravel@mgmresortsvacations.com

**Postal Mail:**
Customer Relations Department
MGM Resorts Vacations
8969 N. Port Washington Road

### Email Specials Sign Up

Sign up to receive e-mails filled with hot deals and special promotions.

Submit

Search

## Concierge Assistance at Your Hotel

Our expert concierge staff is available at your hotel to assist with dinner reservations, booking show tickets, spa and salon appointments, excursions and a variety of activity suggestions. We are at your service!

- ARIA Resort & Casino Concierge
- Bellagio Concierge
- Vdara Concierge
- MGM Grand Concierge
- The Signature at MGM Grand Concierge
- The Mirage Concierge
- Mandalay Bay Concierge
- Delano Las Vegas at Mandalay Bay Concierge
- New York-New York Concierge
- Monte Carlo Concierge
- Luxor Concierge
- Excalibur Concierge
- Circus Circus Las Vegas Concierge

## After Travel Concerns

MGM Resorts Vacations makes it convenient for you to share your customer service issues. Please submit your concerns via e-mail or postal mail to the following addresses:

aftertravel@mgmresortsvacations.com

**Postal Mail:**
Customer Relations Department
MGM Resorts Vacations
8969 N. Port Washington Road
Milwaukee, WI 53217
**Note:** Please be sure to provide your reservation number, traveler names and travel dates so we may expedite your request.

## Terms and Conditions

By booking with MGM Resorts Vacations, you agree to our **Terms and Conditions**.

© 2015 CityCenter Land, LLC. All rights reserved. Scenes and improvements are proposed artist's renderings and NEED NOT BE BUILT. Plans, specifications, pricing, locations and amenities are subject to change without notice.

© 1999 - 2015 Trisept Solutions

Generated at 10/2/2015 2:49:35 PM CST. CST 2009218-20

created & powered by: Trisept SOLUTIONS