MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRC.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)

AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRC.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
4300 Bohannon Drive, Suite 230
Melo Park, California 94025
(650) 391-1380 (Tel.)
(650) 391-1395 (Fax)

*Attorneys for Defendants Bellagio, LLC
and MGM Resorts International*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KOLB; JINYONG NA; LYNE RENEE; JONATHAN FRITZ; and APRIL HUTCHINGS,<br><br>Plaintiffs,<br><br>vs.<br><br>BELLAGIO LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-08512-SVW (JPRx)<br><br>**DEFENDANTS' REQUEST TO WITHDRAW MOTION TO DISMISS SECOND AMENDED COMPLAINT [LOCAL RULE 7-16]**<br><br>Courtroom: 6<br>Compl. Filed: October 1, 2015<br>First Am. Comp. Filed: October 6, 2015<br>Sec. Am. Compl. Field: February 26, 2016<br><br>**Honorable Judge Stephen V. Wilson** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Defendants hereby WITHDRAW Defendants' Motion to Dismiss Second Amended Complaint filed March 16, 2016, which is currently set for hearing on May 9, 2016 at 1:30 p.m. in the United States District Court, Central District, Los Angeles Division, located at 312 North Spring Street, Los Angeles, California 90012, with the Honorable Judge Stephen V. Wilson presiding.

1
7626922_1
*Kolb, et al. v. Bellagio, et al.*, 2:15-cv-08512 SVW (JPRx)
Defendants' Request to Withdrawal Motion to Dismiss Second Amended Complaint

This Notice of Withdrawal of Motion is made pursuant to L.R. 7-16 which states:

> "[A]dvance Notice of Withdrawal or Non-Opposition. Any moving party who intends to withdraw the motion before the hearing date shall file and serve a withdrawal of the motion, not later than seven (7) days preceding the hearing. Any opposing party who no longer intends to oppose the motion, shall file and serve a withdrawal of the opposition, not later than seven (7) days preceding the hearing."

Respectfully submitted:

DATED this 25th day of April, 2016.

        LEWIS ROCA ROTHGERBER CHRISTIE LLP

        BY:    /s/ Michael J. Mccue
               Michael J. McCue, Esq.
               Aaron D. Johnson, Esq.
               3993 Howard Hughes Pkwy, Suite 600
               Las Vegas, NV 89169-5996

        *Attorneys for Bellagio, LLC and MGM Resorts International*

7626922_1

2

*Kolb, et al. v. Bellagio, et al.*, 2:15-cv-08512 SVW (JPRx)
Defendants' Request to Withdraw Motion to Dismiss Second Amended Complaint

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2016, a true and accurate copy of the foregoing paper entitled, **DEFENDANTS' REQUEST TO WITHDRAW MOTION TO DISMISS SECOND AMENDED COMPLAINT [LOCAL RULE 7-16]**, true copies were sent via first class mail to Plaintiffs' counsel at the address indicated below:

> Bassil A. Hamideh
> THE HAMIDEH FIRM, P.C.
> 1801 Century Park East, Suite 2400
> Los Angeles, CA  90067
> T: (310) 556-9687
> F:  (310) 733-5699
> E-mail:  bhamideh@hamidehfirm.com

  /s/ Rebecca J. Contla
An employee of Lewis Roca
Rothgerber Christie LLP

7626922_1

3

*Kolb, et al. v. Bellagio, et al.*, 2:15-cv-08512 SVW (JPRx)
Defendants' Request to Withdraw Motion to Dismiss Second Amended Complaint