# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FORREST KOLB; JINYONG NA; LYNE RENEE; JONATHAN FRITZ; and APRIL HUTCHINGS,

Plaintiffs,

vs.

BELLAGIO LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation, and DOES 1-50, inclusive,

Defendants.

Case No.:  2:15-cv-08512-SVW (JPRx)

Honorable Judge Stephen V. Wilson
**ORDER RE: ATTORNEYS' FEES AND COSTS**

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| September 8, 2016 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY:      CR      DEPUTY |

# <u>ORDER</u>

Having reviewed and considered the Stipulation R: Attorneys' Fees and Costs, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

Any and all claims between the parties in the above-captioned action regarding attorneys' fees and costs are dismissed with prejudice and this case is closed.

IT IS SO ORDERED.

Dated:   September 8, 2016        By: _____

HON. STEPHEN V. WILSON
United States District Judge